

**IN THE
TENTH COURT OF APPEALS**

---

**No. 10-19-00222-CV**

**IN RE RHONDA LEE COUGOT**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator's petition for writ of mandamus is denied.[1]

JOHN E. NEILL
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Petition denied
Opinion delivered and filed July 31, 2019
[OT06]



---

[1] In light of our disposition, we dismiss "Relator's Motion for Emergency Stay" as moot.